### WESCOAT v STATE

Ohio Appeals, 4th Dist, Ross Co

Decided Feb 3, 1934

John P. Phillips, Jr., Chillicothe, for plaintiff in error.

Lester Reid, Prosecuting Attorney, Chillicothe, and Earl D. Parker, Morgantown, for defendant in error.

For full opinion see 40 OLR 267; 191 NE 816; 47 Oh Ap 266.